# United States Bankruptcy Court
## District of Maine

In re  **Beach House, LLC**                                    Case No.  **24-20211**

                   Debtor(s)                                   Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jack H. Lieberman<br>1310 RR 620 S. B195<br>Lakeway, TX 78734 | | 10% | Member |
| The L.F. Perkins Family Tennessee<br>c/o Shapiro & Dunn<br>503 Oakland Ave<br><br>Austin, TX 78703 | | 90% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 31, 2025**                   Signature  **/s/ Taylor Perkins**
                                                      **Taylor Perkins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.