# First Boston 1111(b) Note

**EXHIBIT C to the Plan**

### Enter values

| | |
|---|---|
| Loan amount | $8,253,181.55 |
| Annual interest rate | 8.00% |
| Loan period in years | 5 |
| Number of payments per year | 12 |
| Start date of loan | 9/30/2025 |
| **Optional extra payments** | $0.00 |

### Loan summary

| | |
|---|---|
| Scheduled payment | Variable |
| Scheduled number of payments | 60 |
| Actual number of payments | 60 |
| Total early payments | $44,439.39 |
| Total interest | $3,245,015.67 |
| **Lender name** | First Boston |

| Payment number | Payment date | Beginning balance | Scheduled payment | Extra payment | Total payment | Principal | Interest | Ending balance | Cumulative interest |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/30/2025 | $8,253,181.55 | $61,375.73 | $0.00 | $61,375.73 | $6,354.52 | $55,021.21 | $8,246,827.03 | $55,021.21 |
| 2 | 10/30/2025 | $8,246,827.03 | $61,333.37 | $0.00 | $61,333.37 | $6,354.52 | $54,978.85 | $8,240,472.50 | $110,000.06 |
| 3 | 11/30/2025 | $8,240,472.50 | $61,291.01 | $0.00 | $61,291.01 | $6,354.52 | $54,936.48 | $8,234,117.98 | $164,936.54 |
| 4 | 12/30/2025 | $8,234,117.98 | $61,248.64 | $0.00 | $61,248.64 | $6,354.52 | $54,894.12 | $8,227,763.45 | $219,830.66 |
| 5 | 1/30/2026 | $8,227,763.45 | $61,206.28 | $0.00 | $61,206.28 | $6,354.52 | $54,851.76 | $8,221,408.93 | $274,682.42 |
| 6 | 3/2/2026 | $8,221,408.93 | $61,163.92 | $0.00 | $61,163.92 | $6,354.52 | $54,809.39 | $8,215,054.40 | $329,491.81 |
| 7 | 3/30/2026 | $8,215,054.40 | $61,121.55 | $0.00 | $61,121.55 | $6,354.52 | $54,767.03 | $8,208,699.88 | $384,258.84 |
| 8 | 4/30/2026 | $8,208,699.88 | $61,079.19 | $0.00 | $61,079.19 | $6,354.52 | $54,724.67 | $8,202,345.36 | $438,983.50 |
| 9 | 5/30/2026 | $8,202,345.36 | $61,036.83 | $0.00 | $61,036.83 | $6,354.52 | $54,682.30 | $8,195,990.83 | $493,665.81 |
| 10 | 6/30/2026 | $8,195,990.83 | $60,994.46 | $0.00 | $60,994.46 | $6,354.52 | $54,639.94 | $8,189,636.31 | $548,305.75 |
| 11 | 7/30/2026 | $8,189,636.31 | $60,952.10 | $0.00 | $60,952.10 | $6,354.52 | $54,597.58 | $8,183,281.78 | $602,903.32 |
| 12 | 8/30/2026 | $8,183,281.78 | $60,909.74 | $0.00 | $60,909.74 | $6,354.52 | $54,555.21 | $8,176,927.26 | $657,458.53 |
| 13 | 9/30/2026 | $8,176,927.26 | $58,001.56 | $0.00 | $58,001.56 | $3,488.72 | $54,512.85 | $8,173,438.54 | $711,971.38 |
| 14 | 10/30/2026 | $8,173,438.54 | $57,978.31 | $0.00 | $57,978.31 | $3,488.72 | $54,489.59 | $8,169,949.83 | $766,460.97 |
| 15 | 11/30/2026 | $8,169,949.83 | $57,955.05 | $0.00 | $57,955.05 | $3,488.72 | $54,466.33 | $8,166,461.11 | $820,927.30 |
| 16 | 12/30/2026 | $8,166,461.11 | $57,931.79 | $0.00 | $57,931.79 | $3,488.72 | $54,443.07 | $8,162,972.40 | $875,370.38 |
| 17 | 1/30/2027 | $8,162,972.40 | $57,908.53 | $0.00 | $57,908.53 | $3,488.72 | $54,419.82 | $8,159,483.68 | $929,790.19 |
| 18 | 3/2/2027 | $8,159,483.68 | $57,885.27 | $0.00 | $57,885.27 | $3,488.72 | $54,396.56 | $8,155,994.97 | $984,186.75 |
| 19 | 3/30/2027 | $8,155,994.97 | $57,862.02 | $0.00 | $57,862.02 | $3,488.72 | $54,373.30 | $8,152,506.25 | $1,038,560.05 |
| 20 | 4/30/2027 | $8,152,506.25 | $57,838.76 | $0.00 | $57,838.76 | $3,488.72 | $54,350.04 | $8,149,017.54 | $1,092,910.09 |
| 21 | 5/30/2027 | $8,149,017.54 | $57,815.50 | $0.00 | $57,815.50 | $3,488.72 | $54,326.78 | $8,145,528.82 | $1,147,236.88 |
| 22 | 6/30/2027 | $8,145,528.82 | $57,792.24 | $0.00 | $57,792.24 | $3,488.72 | $54,303.53 | $8,142,040.10 | $1,201,540.40 |
| 23 | 7/30/2027 | $8,142,040.10 | $57,768.98 | $0.00 | $57,768.98 | $3,488.72 | $54,280.27 | $8,138,551.39 | $1,255,820.67 |
| 24 | 8/30/2027 | $8,138,551.39 | $57,745.72 | $6,079.62 | $57,745.72 | $3,488.72 | $54,257.01 | $8,135,062.67 | $1,310,077.68 |
| 25 | 9/30/2027 | $8,135,062.67 | $57,298.32 | $0.00 | $57,298.32 | $3,064.57 | $54,233.75 | $8,131,998.10 | $1,364,311.43 |
| 26 | 10/30/2027 | $8,131,998.10 | $57,277.89 | $0.00 | $57,277.89 | $3,064.57 | $54,213.32 | $8,128,933.53 | $1,418,524.75 |
| 27 | 11/30/2027 | $8,128,933.53 | $57,257.46 | $0.00 | $57,257.46 | $3,064.57 | $54,192.89 | $8,125,868.96 | $1,472,717.64 |
| 28 | 12/30/2027 | $8,125,868.96 | $57,237.03 | $0.00 | $57,237.03 | $3,064.57 | $54,172.46 | $8,122,804.39 | $1,526,890.10 |
| 29 | 1/30/2028 | $8,122,804.39 | $57,216.60 | $0.00 | $57,216.60 | $3,064.57 | $54,152.03 | $8,119,739.82 | $1,581,042.13 |
| 30 | 3/1/2028 | $8,119,739.82 | $57,196.17 | $0.00 | $57,196.17 | $3,064.57 | $54,131.60 | $8,116,675.24 | $1,635,173.73 |
| 31 | 3/30/2028 | $8,116,675.24 | $57,175.74 | $0.00 | $57,175.74 | $3,064.57 | $54,111.17 | $8,113,610.67 | $1,689,284.90 |
| 32 | 4/30/2028 | $8,113,610.67 | $57,155.31 | $0.00 | $57,155.31 | $3,064.57 | $54,090.74 | $8,110,546.10 | $1,743,375.64 |
| 33 | 5/30/2028 | $8,110,546.10 | $57,134.88 | $0.00 | $57,134.88 | $3,064.57 | $54,070.31 | $8,107,481.53 | $1,797,445.94 |
| 34 | 6/30/2028 | $8,107,481.53 | $57,114.45 | $0.00 | $57,114.45 | $3,064.57 | $54,049.88 | $8,104,416.96 | $1,851,495.82 |
| 35 | 7/30/2028 | $8,104,416.96 | $57,094.02 | $0.00 | $57,094.02 | $3,064.57 | $54,029.45 | $8,101,352.39 | $1,905,525.27 |

| | |
|---|---|
| Year 1 Cumulative Principal: | $76,254.29 |
| Year 1 Cumulative Interest: | $657,458.53 |
| Year 2 Cumulative Principal: | $41,864.59 |
| Year 2 Cumulative Interest: | $652,619.15 |
| Year 3 Cumulative Principal: | $36,774.86 |

| Payment number | Payment date | Beginning balance | Scheduled payment | Extra payment | Total payment | Principal | Interest | Ending balance | Cumulative interest |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 8/30/2028 | $8,101,352.39 | $57,073.59 | $15,689.50 | $57,073.59 | $3,064.57 | $54,009.02 | $8,098,287.81 | $1,959,534.28 |
| 37 | 9/30/2028 | $8,098,287.81 | $57,759.09 | $0.00 | $57,759.09 | $3,770.51 | $53,988.59 | $8,094,517.31 | $2,013,522.87 |
| 38 | 10/30/2028 | $8,094,517.31 | $57,733.95 | $0.00 | $57,733.95 | $3,770.51 | $53,963.45 | $8,090,746.80 | $2,067,486.32 |
| 39 | 11/30/2028 | $8,090,746.80 | $57,708.82 | $0.00 | $57,708.82 | $3,770.51 | $53,938.31 | $8,086,976.30 | $2,121,424.63 |
| 40 | 12/30/2028 | $8,086,976.30 | $57,683.68 | $0.00 | $57,683.68 | $3,770.51 | $53,913.18 | $8,083,205.79 | $2,175,337.80 |
| 41 | 1/30/2029 | $8,083,205.79 | $57,658.54 | $0.00 | $57,658.54 | $3,770.51 | $53,888.04 | $8,079,435.28 | $2,229,225.84 |
| 42 | 3/2/2029 | $8,079,435.28 | $57,633.41 | $0.00 | $57,633.41 | $3,770.51 | $53,862.90 | $8,075,664.78 | $2,283,088.74 |
| 43 | 3/30/2029 | $8,075,664.78 | $57,608.27 | $0.00 | $57,608.27 | $3,770.51 | $53,837.77 | $8,071,894.27 | $2,336,926.51 |
| 44 | 4/30/2029 | $8,071,894.27 | $57,583.13 | $0.00 | $57,583.13 | $3,770.51 | $53,812.63 | $8,068,123.77 | $2,390,739.14 |
| 45 | 5/30/2029 | $8,068,123.77 | $57,558.00 | $0.00 | $57,558.00 | $3,770.51 | $53,787.49 | $8,064,353.26 | $2,444,526.63 |
| 46 | 6/30/2029 | $8,064,353.26 | $57,532.86 | $0.00 | $57,532.86 | $3,770.51 | $53,762.36 | $8,060,582.76 | $2,498,288.98 |
| 47 | 7/30/2029 | $8,060,582.76 | $57,507.72 | $0.00 | $57,507.72 | $3,770.51 | $53,737.22 | $8,056,812.25 | $2,552,026.20 |
| 48 | 8/30/2029 | $8,056,812.25 | $57,482.59 | $22,670.27 | $57,482.59 | $3,770.51 | $53,712.08 | $8,053,041.74 | $2,605,738.28 |
| 49 | 9/30/2029 | $8,053,041.74 | $64,973.19 | $0.00 | $64,973.19 | $11,286.25 | $53,686.94 | $8,041,755.50 | $2,659,425.23 |
| 50 | 10/30/2029 | $8,041,755.50 | $64,897.95 | $0.00 | $64,897.95 | $11,286.25 | $53,611.70 | $8,030,469.25 | $2,713,036.93 |
| 51 | 11/30/2029 | $8,030,469.25 | $64,822.71 | $0.00 | $64,822.71 | $11,286.25 | $53,536.46 | $8,019,183.00 | $2,766,573.39 |
| 52 | 12/30/2029 | $8,019,183.00 | $64,747.47 | $0.00 | $64,747.47 | $11,286.25 | $53,461.22 | $8,007,896.75 | $2,820,034.61 |
| 53 | 1/30/2030 | $8,007,896.75 | $64,672.23 | $0.00 | $64,672.23 | $11,286.25 | $53,385.98 | $7,996,610.51 | $2,873,420.59 |
| 54 | 3/2/2030 | $7,996,610.51 | $64,596.98 | $0.00 | $64,596.98 | $11,286.25 | $53,310.74 | $7,985,324.26 | $2,926,731.33 |
| 55 | 3/30/2030 | $7,985,324.26 | $64,521.74 | $0.00 | $64,521.74 | $11,286.25 | $53,235.50 | $7,974,038.01 | $2,979,966.82 |
| 56 | 4/30/2030 | $7,974,038.01 | $64,446.50 | $0.00 | $64,446.50 | $11,286.25 | $53,160.25 | $7,962,751.76 | $3,033,127.08 |
| 57 | 5/30/2030 | $7,962,751.76 | $64,371.26 | $0.00 | $64,371.26 | $11,286.25 | $53,085.01 | $7,951,465.52 | $3,086,212.09 |
| 58 | 6/30/2030 | $7,951,465.52 | $64,296.02 | $0.00 | $64,296.02 | $11,286.25 | $53,009.77 | $7,940,179.27 | $3,139,221.86 |
| 59 | 7/30/2030 | $7,940,179.27 | $64,220.78 | $0.00 | $64,220.78 | $11,286.25 | $52,934.53 | $7,928,893.02 | $3,192,156.39 |
| 60 | 08/30/30 | $7,928,893.02 | $7,981,752.31 | $0.00 | $7,981,752.31 | $7,928,893.02 | $52,859.29 | $0.00 | $3,245,015.67 |

| | |
|---|---|
| Year 3 Cumulative Interest: | $649,456.60 |

| | |
|---|---|
| Year 4 Cumulative Principal: | $45,246.07 |
| Year 4 Cumulative Interest: | $646,204.00 |

| | |
|---|---|
| Year 5 Cumulative Principal: | $8,053,041.74 |
| Year 5 Cumulative Interest: | $639,277.39 |

| | |
|---|---|
| Total Principal Paid: | $8,253,181.55 |
| Total Interest: | $3,245,015.67 |
| Total Payments made at 60 Months: | $11,498,197.22 |
| Total FB Claim: | $13,171,730.02 |
| 1111(b) Premium Payment: | $1,673,532.80 |
| 1111(b) Balloon Payment: | $9,655,285.10 |