**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In Re:<br><br>BEACH HOUSE, LLC,<br><br>              Debtor. | Chapter 11<br><br>Case Nos. 24-20211 (MAF) |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of First Boston Construction Holdings, LLC, and York Sewer District for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d) [Dkt. No. 226] (the "**Motion**"), and after notice and a hearing held on October 30, 2025, it is hereby ORDERED as follows:

1. The Motion is Granted.

2. Under Bankruptcy Code section 362(d), First Boston Construction Holdings, LLC, and York Sewer District are hereby granted relief from the automatic stay, to the extent that the automatic stay is in effect, with respect to the real estate owned by the Debtor at 277 Long Beach Avenue, York, Maine, and related business personal property.

3. Notice and service of the Motion was sufficient under the circumstances of this case.

4. There was no objection to the Motion. And with winter approaching there is a demonstrated need for the Movants to take steps, without delay, to protect their collateral. For these reasons, there is cause to waive the 14-day rule-based stay of this Order. Accordingly, the 14-day stay imposed by Bankruptcy Rule 4001(a)(4) is hereby waived.

Dated: October 30, 2025

Michael A. Fagone
United States Bankruptcy Judge
District of Maine