**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>BEACH HOUSE, LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-20211 |

**ORDER DISMISSING CASE**

For good cause shown, and after notice and hearing, the Court grants the Motion of the United States Trustee for Order Dismissing Case [Dkt. No. 240]. This case is hereby dismissed for cause pursuant to 11 U.S.C. § 1112(b)(1).

DATED: December 15, 2025

_____
Honorable Michael A. Fagone
United States Bankruptcy Judge
District of Maine