Form ntcdsm (03/24)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: | Chapter 11 |
| Beach House, LLC | Case No. 24–20211 |
| Debtor(s) | |

**NOTICE OF DISMISSAL**

You are hereby notified that the above case was dismissed on 12/16/25.

Dated: 12/16/25                                  /s/ Monica Bigley
                                                 Clerk, U.S. Bankruptcy Court